# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 07-22311-CIV-LENARD/GARBER

**JORGE SARMIENTO, on his own
behalf and others similarly situated,**

      Plaintiff,

vs.

**OCEAN BLUE CONTRACTORS,
INC., a Florida corporation f/k/a
A.R.I. ROOFING CONTRACTORS,
INC., and DANIEL DEL SOL,
individually,**

      Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 59) AND GRANTING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT (D.E. 52)

**THIS CAUSE** is before the Court on the Report of Magistrate Judge Barry L. Garber

("Report," D.E. 59), issued on June 15, 2009, recommending that Plaintiff's Motion to

Enforce Settlement Agreement ("Motion," D.E. 52), filed on April 20, 2009, be granted.  The

Court referred Plaintiff's Motion to the Magistrate Judge on May 11, 2009, and a hearing

was held on June 15, 2009.  (See D.E. 53, 58, 60.)  The Report recommends that the Court

enter final judgment against Defendants in the amount of $12,000.00, together with interest

allowed by law, and for an additional $324.00 as and for attorney's fees.  The Report further

instructed the Parties that they had ten days to file objections.   As of the date of this Order,

Defendants have not filed objections or otherwise responded to Plaintiff's Motion.  Failure

to file timely objections shall bar the parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  Based on a review of the Magistrate Judge's Report, the Motion, the related pleadings, and the record, it is hereby **ORDERED AND ADJUDGED** that:

1.   The Report and Recommendation of Magistrate Judge Barry L. Garber (D.E. 59), issued on June 15, 2009, is **ADOPTED**.

2.   Consistent with the Report and this Order, Plaintiff's Motion to Enforce Settlement Agreement (D.E. 52) is **GRANTED**.

3.   Final judgment is **ENTERED** against Defendants Ocean Blue Contractors, Inc. and Daniel Del Sol, jointly and severally, in the amount of $12,324.00, which constitutes $12,000.00 settlement proceeds due and $324.00 as and for attorney's fees,  all which shall bear interest at the legal rate, for which sum let execution issue.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of July, 2009.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

2